UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | } |
| | } Case No. : 17-12142 SR |
| | } |
| | } Chapter 13 |
| Rachel Thomas | } |
| Debtor(s) | } |

## CERTIFICATE OF SERVICE
## PLAN TO SECURED & PRIORITY CREDITORS

I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on May 4, 2017, a copy of the Chapter 13 Plan was served upon all priority and secured creditors and the Trustee by regular mail.

Respectfully submitted,

Date: 5/4/2017

*/s/Kenneth E. West*
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:    610-446-9000
Fax No.:    610-449-5380
Counsel for Debtor(s)