UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                }
                                      }   Case No. :  17-12142 SR
                                      }
                                      }   Chapter 13
Rachel Thomas                         }
         Debtor(s)                    }

## ORDER

WHEREAS, the Debtor(s) has/have filed a Praecipe to Dismiss (which shall be treated as a Motion filed under 11 U.S.C. §1397(b)  Fed. R. Bankr. P. 1017(f) and 9013) requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §706, §1112 or §1208,

It is **ORDERED** and **DECREED** that the case is **DISMISSED**.

BY THE COURT:

_____
**JUDGE STEPHEN RASLAVICH**         J.

**Dated: June 9, 2017**