United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12142-sr
Rachel Thomas                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR           Page 1 of 2            Date Rcvd: Jun 12, 2017
                              Form ID: pdf900        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
```
db               Rachel Thomas,    1218 Sandringham Road,    Bala Cynwyd, PA  19004-2025
cr              +Wilmington Trust Company,,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
13890738         Capital One,    PO Box 30285,    Salt Lake City, UT  84130-0285
13890739         Chase Cardmember Services,    PO Box 15298,    Wilmington, DE  19850-5298
13890740        +Citizen's Bank,    PO Box 7092,    Bridgeport, CT 06601-7092
13900984        +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
13910209         City of Phila. Law Department,    15 Fl, 1515 Arch Street,    Philadelphia, PA  19107
13890741         Comenity Bank,    Total Rewards,    PO Box 182272,    Columbus, OH  43218-2272
13890742         Comenity Bank/Boscov's,    PO Box 182272,    Columbus, OH  43218-2272
13890743         Kia Motors Finance,    PO Box 20815,    Fountain Valley, CA  92728-0815
13890744       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,     350 Highland Avenue,    Lewisville, TX   75067)
13890745         PNC Mortgage,    B6-YM07-01-7, PO Box 1820,    Att.: Customer Service Research,
                 Dayton, OH  45401-1820
13891532        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13890746         Police and Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA  19107-2495
13900220        +Robertson, Anschutz & Schneid P.I.,    c/o Wilmington Trust company,    Bankruptcy Dept.,
                 6409 Congress Ave ste 100,    Boca Raton, FL 33487-2853
13890747        +Shapiro And DeNardo, LLC,    3600 Horizon Dr., Suite 150,    King of Prussia, PA 19406-4702
13890749        +Target Credit Services,    PO Box 9500,    Minneapolis, MN 55440-9500
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2017 01:19:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 01:14:50     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13910208        +E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:41     City Of Phila Department Of Revenue,
                 PO Box 1630,    Philadelphia, PA 19105-1630
13910210         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 01:19:20
                 Commonwealth of PA, Dept. of Revenue,    Bankruptcy Claims - Dept. 280946,
                 Harrisburg, PA  17128-0946
13910211         E-mail/Text: cio.bncmail@irs.gov Jun 13 2017 01:19:11     IRS - Att.: Special Procedures,
                 PO Box 7346,    Philadelphia, PA  19101-7346
13895786         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 01:19:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13890748         E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 01:14:55     Synchrony Bank - Walmart,
                 Attn. Bankruptcy Dept.,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13912758         Matteo S. Weiner, Esquire,    Thomas Puleo, Esquire,    C/O PNC NATIONAL BANK,
                 KML Law Group, P.C.,    701 Market Street, Suite 5000 Philadelph
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                Date Rcvd: Jun 12, 2017
                              Form ID: pdf900          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KENNETH E. WEST    on behalf of Debtor Rachel  Thomas dwabkty@aol.com, G6211@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: }
} Case No. : 17-12142 SR
}
} Chapter 13
Rachel Thomas }
  Debtor(s) }

## ORDER

WHEREAS, the Debtor(s) has/have filed a Praecipe to Dismiss (which shall be treated as a Motion filed under 11 U.S.C. §1397(b)  Fed. R. Bankr. P. 1017(f) and 9013) requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §706, §1112 or §1208,

It is **ORDERED** and **DECREED** that the case is **DISMISSED**.

BY THE COURT:

_____
**JUDGE STEPHEN RASLAVICH        J.**

**Dated: June 9, 2017**